### DELERY ET UX. *vs.* SAVENAT ET AL.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF NEW-ORLEANS.

Appellees not cited, and the record not containing all the evidence, the appeal was dismissed.

The plaintiffs instituted an action of nullity, and obtained a judgment annulling the former judgment which had been rendered against them, concerning a house and lot. The present defendants took an appeal. The citations were issued

to the parish of Orleans, instead of the parish of Plaquemine, where the appellees resided, and were never served. The certificate of the clerk states the *verbal evidence* is not in the record. In this manner the case came before this court.

EASTERN DIST.
*April,* 1840.

FORSYTH
*vs.*
DESPIERRIS'S
EXECUTORS.

*Roselius,* for the appellees, moved to dismiss the appeal on account of the irregularities and defects in bringing it up.

*Morphy, J.,* delivered the opinion of the court.

This is an appeal from a decree pronouncing the nullity of a previous judgment, obtained by defendants against the present plaintiffs, for the recovery of a lot of ground in the suburb St. Mary. From the return of the citation of appeal, which had been directed to the sheriff of the parish of Orleans, it appears that the appellees, who are residents of the parish of Plaquemine, have never been cited; but even had they been regularly brought into this court, we are not enabled to review this case on its merits, because the record does not contain the evidence on which it was tried in the inferior court.

It is, therefore, ordered, adjudged and decreed, that this appeal be dismissed, with costs.